IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00901-BNB

KENT NORMAN, also known as
ROBERT KETCHUM, also known as
ROBERT H. KETCHUM, also known as
R. H. KETCHUM, also known as
BOB KETCHUM, also known as
KENT C. NORMAN, also known as
KENT CHARLES NORMAN,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 8 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Kent Norman, also known as Robert Ketchum, Robert H. Ketchum, R. H. Ketchum, Bob Ketchum, Kent C. Norman, and Kent Charles Norman, submitted to the Court *pro se* a complaint titled "Complaint and Demand for Declaratory and Injunctive Relief."

On April 22, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Norman to cure certain designated deficiencies in the case within thirty days. He specifically was directed either to pay the $350.00 filing fee or to submit on the Court-approved form a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. He also was directed to submit an amended complaint on the Court-approved form. For the reasons stated below, the complaint and the action will be dismissed.

It has come to the Court's attention that Mr. Norman has been prohibited from

proceeding as a proponent of any claim in this Court without the representation of an attorney licensed to practice in the State of Colorado and admitted to practice in this Court unless he first obtains leave of the Court to proceed *pro se* in accordance with specific procedures outlined in Appendix B to **Ketchum v. Cruz**, 775 F. Supp. (D. Colo. 1991), *aff'd*, 961 F.2d 916 (10th Cir. 1992). In order to obtain permission to proceed *pro se*, Mr. Norman must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" and an affidavit in proper legal form that includes the information specified in the sanction order. He has failed to do so. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Mr. Norman failed to comply with the order enjoining him from filing *pro se* actions without prior leave of Court. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 27th day of April, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00901-BNB

Kent Norman
a/k/a Robert Ketchum
Minnequa Medicenter
2701 California Street E6
Pueblo, CO 81004-3899

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/28/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk